| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>DINO ANTOLINI,<br>                                        Plaintiff,<br>               -against-<br>ILAN FREUND, IFARCO, INC., CHRISTIAN<br>MERAND, and BISTROT 33 CORP.,<br>                                    Defendant.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/22/2018<br><br>18-CV-3259 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 18, 2018 (Dkt. 23), the Court entered an Order directing that this action be dismissed on August 20, 2018 unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

      WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

      IT IS HEREBY ORDERED that this case is DISMISSED.  The Clerk of Court is respectfully requested to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  August 22, 2018  
       New York, New York

                                                                   **VALERIE CAPRONI**  
                                                                   **United States District Judge**